GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
ASIM WAQAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 11-0464 PJH (DMR) |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **MODIFYING CONDITIONS OF** |
| vs. ) | **PRETRIAL RELEASE ALLOWING** |
| ) | **TRAVEL** |
| ASIM WAQAR, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Upon being advised that Pretrial Services has no objection, the parties hereby stipulate that the conditions of release shall be modified to allow the Defendant to see his ailing father and his wife who has not been able to obtain a visa to enter the United States. The parties agree that the conditions of release shall be modified in the following manner:

1. Defendant shall be allowed to travel by air to Detroit, Michigan on November 16, 2011and to travel to and stay with his mother, father, wife and daughter at 6386 Huron Church Line, LaSalle, Ontario Canada and to return via air travel from Detroit, Michigan to San Francisco on February 22, 2012. Defendant shall stay in

STIPULATION & ORDER MODIFYING CONDITIONS
OF PRETRIAL RELEASE ALLOWING TRAVEL

Ontario, Canada during this time.

2. Defendant shall provide his travel itinerary and contact telephone numbers to Pretrial Services prior to his departure.

3. Defendant shall be available for a telephone pre-plea PSR interview with the probation department to be scheduled at a mutually convenient time in accordance with the schedule of the probation department.

4. Defendant shall comply with all other conditions of release while in Ontario.

5. In order to facilitate Defendant's travel by air consistent with TSA regulations, the Clerk of Court shall temporarily return Defendant's Canadian passport to Defendant or his counsel to travel to Canada and return to San Francisco only. Defendant shall return his passport to the custody of the Clerk of Court immediately upon his return to San Francisco (subject to the Clerk's business hours.).

Dated: November 10, 2011

/s/

_____
GAIL SHIFMAN
Attorney for Defendant

Dated: November 10, 2011

/s/

_____
STEPHEN CORRIGAN
Assistant United States Attorney

## ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant shall be allowed to travel by air to Detroit, Michigan on November 16, 2011and to travel to and stay with his mother, father, wife and daughter at 6385 Huron Church Line, LaSalle, Ontario Canada and to return via air travel from Detroit, Michigan to San Francisco on February 22, 2012. Defendant shall stay in Ontario, Canada during this time.

STIPULATION & ORDER MODIFYING CONDITIONS
OF PRETRIAL RELEASE ALLOWING TRAVEL

2. Defendant shall provide his travel itinerary and contact telephone numbers to Pretrial Services prior to his departure.

3. Defendant shall participate via telephone for a pre-plea PSR interview with the probation department to be scheduled at a mutually convenient time in accordance with the schedule of the probation department.

4. Defendant shall comply with all other conditions of release while in Ontario.

5. In order to facilitate Defendant's travel by air consistent with TSA regulations, the Clerk of Court shall temporarily return Defendant's Canadian passport to Defendant or his counsel to travel to Canada and return to San Francisco only. Defendant shall return his passport to the custody of the Clerk of Court immediately upon his return to San Francisco (subject to the Clerk's business hours).

Dated: November 15, 2011

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION & ORDER MODIFYING CONDITIONS
OF PRETRIAL RELEASE ALLOWING TRAVEL