GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
601 California Street, Ste. 1800
San Francisco, California 94108
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorney for Defendant
ASIM WAQAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASIM WAQAR,<br><br>Defendant<br>_____ | Case No.: CR 11-0464 PJH (DMR)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE ALLOWING TRAVEL** |

Upon being advised that the Defendant has been complying with his conditions of Pretrial Release and that his Pretrial Services officer has no objection, the parties hereby stipulate that the conditions of release shall be modified to allow the Defendant to return to his residence in LaSalle, Ontario, Canada with his family pending return to the United States as stated. The parties agree that the conditions of release shall be modified in the following manner:

1. Defendant shall be allowed to travel to LaSalle, Ontario Canada to reside with his family (mother, father, wife and daughter) at 6386 Huron Church Line, LaSalle,

1

Ontario Canada departing the San Francisco Bay Area on August 27, 2012 and shall return via air travel from Toronto, Ontario, Canada to San Francisco on September 23, 2012 and shall appear before the Honorable Phyllis J. Hamilton on September 26, 2012, 2:30 p.m. for sentencing. Defendant shall stay in Ontario, Canada prior to his return to San Francisco.

2. Defendant shall provide his travel itinerary and any new contact telephone numbers to Pretrial Services prior to his departure.

3. Defendant shall comply with all other conditions of release while in Ontario.

4. Defendant shall return his passport to the custody of the Pretrial Services immediately upon his return to San Francisco (subject to business hours) or as directed by Pretrial Services.

5. Defendant shall report to Pretrial Services no later than 48 hours of his arrival in San Francisco or as directed by Pretrial Services.

Dated: August 23, 2012

/s/

_____

GAIL SHIFMAN
Attorney for Defendant

Dated: August 23, 2012

/s/

_____

STEPHEN CORRIGAN
Assistant United States Attorney

[PROPOSED] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant shall be allowed to travel to LaSalle, Ontario Canada to reside with his family (mother, father, wife and daughter) at 6386 Huron Church Line, LaSalle,

Ontario Canada departing the San Francisco Bay Area on August 27, 2012 and shall return via air travel from Toronto, Ontario, Canada to San Francisco on September 23, 2012 and shall appear before the Honorable Phyllis J. Hamilton on September 26, 2012, 2:30 p.m. for sentencing. Defendant shall stay in Ontario, Canada prior to his return to San Francisco.

2. Defendant shall provide his travel itinerary and any new contact telephone numbers to Pretrial Services prior to his departure.

3. Defendant shall comply with all other conditions of release while in Ontario.

4. Defendant shall return his passport to the custody of the Pretrial Services immediately upon his return to San Francisco (subject to business hours) or as directed by Pretrial Services.

5. Defendant shall report to Pretrial Services no later than 48 hours of his arrival in San Francisco or as directed by Pretrial Services.

Dated: August __23__, 2012

_____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE