```
GAIL SHIFMAN
ATTORNEY AT LAW
601 California Street
Suite 1800
San Francisco, CA  94108
Telephone:  (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
ASIM WAQAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ASIM WAQAR,<br><br>　　　　Defendant. | Case No. CR 11-0464 PJH (DMR)<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE AND AUTHORIZING TRAVEL |

　　　Upon being advised that the Defendant has been complying with his conditions of Pretrial Release and that his Pretrial Services officer, Amaryllis Gonzalez has no objection, the parties hereby stipulate that the conditions of release shall be modified to allow the Defendant to travel from the Bay Area to Windsor, Ontario Canada to reside in LaSalle, Ontario, Canada

with his family pending return to the United States as stated. The parties agree that the conditions of release shall be modified in the following manner:

1. Defendant shall travel from the Bay Area to the Windsor, Ontario Canada area on November 2, 2012 to reside with his mother, father, wife and daughter at 6386 Huron Church Line, LaSalle, Ontario Canada and shall return to the Bay Area via air travel no later than November 26, 2012. Defendant shall stay in Ontario, Canada prior to his return to the Bay Area.
2. Defendant shall provide his return travel itinerary and any new contact telephone numbers to Pretrial Services prior to his departure.
3. Defendant shall comply with all other conditions of release while in Ontario.
4. Pretrial Services shall return Defendant's Canadian passport to Defendant no later than November 1, 2012 and Defendant shall return his passport to the custody of the Pretrial Services immediately upon his return to the Bay Area, subject to business hours or further instructions of his pretrial services officer.
5. Defendant shall report to Pretrial Services no later than 48 hours of his arrival in the Bay Area or as directed by Pretrial Services.

Stipulation & Order            2

6. Defendant shall appear for sentencing on November 28, 2012 at 2:30 p.m.

Dated: October 30, 2012    Dated: October 30, 2012

/s/    /s/
_____    _____
GAIL SHIFMAN    STEPHEN CORRIGAN
Attorney for Defendant    Asst United States Attorney

ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised,

IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant shall travel from the Bay Area to the Windsor, Ontario, Canada area on November 2, 2012 to reside with his mother, father, wife and daughter at 6386 Huron Church Line, LaSalle, Ontario Canada and shall return to the Bay area via air travel no later than November 26, 2012. Defendant shall stay in Ontario, Canada prior to his return to San Francisco.

2. Defendant shall provide his travel itinerary and any new contact telephone numbers to Pretrial Services prior to his travel.

3. Defendant shall comply with all other conditions of

Stipulation & Order    3

release while in Ontario.

4. Pretrial Services shall return Defendant's Canadian passport to Defendant no later than November 1, 2012 and Defendant shall return his passport to the custody of the Pretrial Services immediately upon his return to the Bay Area, subject to business hours or further instructions of his pretrial services officer.

5. Defendant shall report to Pretrial Services no later than 48 hours of his arrival in the Bay Area or as directed by Pretrial Services.

6. Defendant shall appear for sentencing on November 28, 2012 at 2:30 p.m.

Dated: October 30, 2012

_____
UNITED STATES MAGISTRATE JUDGE

Stipulation & Order                4